ORIGINAL

FILED
U.S. DIST. COURT
AUGUSTA DIV

OCT 1 | 28 PM '98

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| MONIQUE R. MACK ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action File No. CV 197-097 |
| ) | |
| S & H MOTORS, INC. and ) | |
| AARON HOLIDAY ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEAL

Now comes MONIQUE R. MACK, Plaintiff herein and files this Notice of Appeal from the judgment of this Court dismissing her case, entered on September 1st, 1998. This Order of the Court is a final judgment and Plaintiff's appeal to the Eleventh Circuit Court of Appeals is taken a matter of right, pursuant to 28 USC 1291.

This 1st day of October, 1998.

ZIVA P. BRUCKNER
Attorney for Plaintiff
1500 First Union Bank Building
Augusta, Georgia 30901
(706) 722-7542

OF COUNSEL:

CAPERS, DUNBAR, SANDERS & BRUCKNER

## CERTIFICATE OF SERVICE

I do hereby certify that on this day, prior to filing, I served a copy of the within and foregoing Notice of Appeal upon the following by mailing a copy thereof in a properly addressed envelope with adequate postage affixed thereon to assure delivery, to the counsel of record, to wit:

>Paul C. Munger
>881 Ponce de Leon Avenue, N.E.
>Atlanta, GA 30306
>
>Benjamin H. Brewton
>Dye, Tucker, Everitt, Wheale & Long
>P.O. Box 2426
>Augusta, GA 30903-2426
>
>Stephen X. Munger
>C. Dan Wyatt, III
>Jackson, Lewis, Schnitzler & Krupman
>1900 Marquis One Tower
>245 Peachtree Center Avenue, N.E.
>Atlanta, GA 30303-1226
>
>George R. Hall
>Hull, Towill, Norman & Barrett
>801 Broad Street, 7th Floor
>Augusta, GA 30901

This 1st day of October, 1998.

>ZIVA P. BRUCKNER
>Attorney for Plaintiff
>1500 First Union Bank Building
>699 Broad Street
>Augusta, Georgia 30901
>(706) 722-7542

OF COUNSEL:

CAPERS, DUNBAR, SANDERS & BRUCKNER